UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYESHA HAYES,<br><br>       Plaintiff,<br>   vs.<br><br>NCB MANAGEMENT SERVICES, INC., a Pennsylvania corporation,<br><br>       Defendant. | Case No.: 5:19-CV-02002-PA-SP<br><br>ORDER APPROVING STIPULATION TO DISMISS WITH PREJUDICE |

The parties to the above captioned action having stipulated that the action shall be dismissed in its entirety with prejudice, and the Court having considered the same,

IT IS HEREBY ORDERED that this action shall be dismissed in its entirety with prejudice. Each party is to bear its own costs and fees.

Dated:   June 29, 2020         _____
                               Hon. Percy Anderson
                               United States District Judge